B177

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED MAR 26 2024 CLERK U.S. DISTRICT COURT WEST DIST OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SHANTELL POPE

Criminal No. 2:24-cr-76
(18 U.S.C. § 1708)

[UNDER SEAL]

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about November 30, 2022, in the Western District of Pennsylvania, the defendant, SHANTELL POPE, did steal and take from and out of an authorized depository for mail matter located at 2539 Allequippa Street, Pittsburgh, Pennsylvania, 15213, a package addressed to a resident at 2539 Allequippa Street, Pittsburgh, Pennsylvania, 15213.

In violation of Title 18, United States Code, Section 1708.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955